# Court of Appeals
# of the State of Georgia

ATLANTA,  March 21, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1247.  THE STATE v. MICHAEL ALEXANDER KIRKSEY.**

On December 28, 2016, the trial court granted Michael Alexander Kirksey's motion to suppress the results of a chemical test of his blood.  The State filed a motion for reconsideration, which the trial court denied.  On January 30, 2017, the State filed a notice of appeal to this Court.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed.  See OCGA § 5-6-38 (a).  "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted).  The filing of a motion for reconsideration does not extend the time for filing a notice of appeal, and the denial of such a motion is not directly appealable.  See *State v. White*, 282 Ga. 859, 860 (1) (655 SE2d 575) (2008); *Bell v. Cohran*, 244 Ga. App. 510, 510 (536 SE2d 187) (2000).  Here, the State filed its notice of appeal 33 days after entry of the trial court's suppression order.  The notice of appeal is untimely as to the suppression order and invalid as to the order denying the motion for reconsideration.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/21/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*